WILLIAM LEYKAUF, Respondent *v.* NEW YORK CENTRAL
RAILROAD COMPANY Appellant.

*Negligence — railroads — grade crossing accident — inability to see
train on account of fog — failure to give warning of approach of train.*

*Leykauf* v. *N. Y. Central R. R. Co.*, 209 App. Div. 895, affirmed.

(Argued October 20, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered July 2, 1924, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. Plaintiff,
while driving his automobile on a foggy night and intend-
ing to cross defendant's tracks at a grade crossing in the
village of Mt. Kisco ran through guard gates on to the
tracks. His engine stalled and while attempting to start
it he was struck by a train and received the injuries
complained of. There was testimony that by reason of
the fog he could not see the guard gates or the approach-
ing train and that no signal of its approach was given.

*Jacob Aronson* and *Alexander S. Lyman* for appellant.

*Ralph G. Barclay, Jay S. Jones* and *Edward J. Fanning*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and
LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and
McLAUGHLIN, J.

---

GEORGE B. WARD, Appellant, *v.* PATRICK A. POWERS,
Respondent.

*Conversion — action to recover for refusal to deliver certificate of stock
alleged to be the property of plaintiff and in possession of defendant.*

*Ward* v. *Powers*, 208 App. Div. 684, affirmed.

(Argued October 20, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered April 16, 1924, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department reversing a judgment